JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
ARLENE M. ROSEN, Deputy City Attorney - State Bar #100160
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 637-0360        Fax: (510) 238-6500
X00960/287387

Attorneys for Defendants
City of Oakland, Lieutenant Michael Yoell
and Officer Anthony Centeno

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS ESTERS, et al., | Case No. C-01-2510-CW |
| Plaintiffs, | **STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: NONDISCLOSURE OF CONFIDENTIAL DOCUMENTS** |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

The signatories to this Stipulation hereby agree as follows:

1.  Pursuant to Court Order, and as set forth in Defendant CITY OF OAKLAND's Response to Plaintiffs' Request for Production of Documents, Set No. One, defendants will provide plaintiffs with copies of certain personnel files for LIEUTENANT MICHAEL YOELL and OFFICER ANTHONY CENTENO.

2.  Pursuant to Court Order, and as set forth in Defendant CITY OF OAKLAND's Response to Plaintiffs' Request for Production of Documents, Set No. One, defendants will provide plaintiffs with copies of certain Internal Affairs files for

///

LIEUTENANT MICHAEL YOELL and OFFICER ANTHONY CENTENO.

    3.    The above-referenced personnel files and Internal Affairs files are disclosed only for purposes of and in connection with the prosecution or defense of the above-captioned lawsuit. Plaintiffs and their counsel may not make use of this information for any other purpose.

    4.    The information shall not be disclosed to any person except:

    (a)    counsel of record for the parties, including co-counsel of record;

    (b)    employees of such counsel assigned to and necessary to assist such counsel in the preparation of this lawsuit;

    (c)    the parties, or employees of the parties, to the extent deemed necessary by counsel for the prosecution or defense of this lawsuit;

    (d)    deponents noticed by the parties in this lawsuit;

    (e)    consultants and experts for the parties in this lawsuit;

    (f)    court reporters;

    (g)    the Court.

    5.    Any person receiving and/or reviewing any of the confidential information contained in the documents described above shall not reveal to or discuss such information with any person who is not entitled to receive such information under Paragraph 4 above.

    6.    Any papers filed or to be filed with the Court which append any of the above-described confidential information, or make reference to the matters derived from any of the information, shall be filed under seal and held in confidence. Confidential

discovery material shall not be copied or reproduced except to the extent such copying or reproduction is reasonably necessary to the conduct of this lawsuit.  All such copies or reproductions shall be subject to the terms of this Protective Order.

      7.    Within thirty (30) days after the termination of the above-captioned lawsuit, all of the information and all copies and reproductions thereof, shall be returned to counsel for the defendants.

      8.    Nothing contained in this Stipulation, or any action taken in compliance herewith, shall operate as an admission by any party that any particular information is, or is not, admissible in evidence at the trial of this action.  Production by defendants of the information does not constitute, nor is it to be construed to be a waiver of any privilege or evidentiary objection they otherwise might have with respect thereto.

      9.    The parties to this action agree to submit to the jurisdiction of the Court in this matter to resolve any disputes regarding compliance with this Stipulation.

**IT IS SO STIPULATED.**

DATED: May 15, 2002                        //s//JAMES B. CHANIN//s//
                                                    JAMES B. CHANIN
                                                    Attorney for Plaintiffs
                                                    Darius Esters, et al.

DATED: May 15, 2002                        //s//ARLENE M. ROSEN//s//
                                                   ARLENE M. ROSEN
                                                   Attorney for Defendants
                                                   City of Oakland, et al.

**PURSUANT TO STIPULATION,
IT IS SO ORDERED**

DATED: _____

                                                            _____
                                                            CLAUDIA WILKEN
                                                            United States District Judge