JOHN L. BURRIS (SBN# 69888)
Law Offices of John L. Burris
Airport Corporate Center
7677 Oakport Road, Suite 1120
Oakland, California 94621
(510) 839-5200

JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK (SBN# 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
(510) 848-4752

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS ESTERS, individually and as a successor of MAURICE ESTERS, by and through his guardian ad litem, Alisha Hughes; MAURIANA ESTERS, individually and as a successor of MAURICE ESTERS, by and through her guardian ad litem, Carla Renee National, <br><br>Plaintiffs, <br><br>vs. <br><br>CITY OF OAKLAND, et al, <br><br>Defendants. | CASE NO. C01-2510 CW <br><br> STIPULATION AND ORDER EXTENDING DISCOVERY CUT-OFF DATE |

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, DO HEREBY STIPULATE AND AGREE AS FOLLOWS:

JOINT CASE MANAGEMENT CONF. STATEMENT CASE NO.   C-01-2510-CW 1

1  That the discovery cut-off date of October 1, 2002 be extended to December 2, 2002 so that the parties may have sufficient time to complete fact discovery in the event that the above-entitled action is not resolved at the settlement conference which is currently scheduled for September 5, 2002.

IT IS SO STIPULATED:

DATED: June 13, 2002                    /s/ARLENE M. ROSEN
                                        ARLENE M. ROSEN
                                        Attorney for Defendants

DATED: June 13, 2002                    /s/JAMES B. CHANIN
                                        JAMES B. CHANIN
                                        Attorney for Plaintiffs

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

DATED: _____, 2002               _____
                                        CLAUDIA WILKEN
                                        Judge of the United States
                                        District Court

JOINT CASE MANAGEMENT CONF. STATEMENT CASE NO.   C-01-2510-CW   2